IN RE **Henderson, Joseph B. & Lynn, Casey E.**                    Case No. **05-49326**
                                  Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,583.00 |
| Are real estate taxes included?   Yes ✓  No ___ | |
| Is property insurance included?   Yes ✓  No ___ | |
| Utilities: Electricity and heating fuel | $ 170.00 |
|     Water and sewer | $ 35.00 |
|     Telephone | $ 75.00 |
|     Other **Cable & Internet** | $ 50.00 |
| Home maintenance (repairs and upkeep) | $ 70.00 |
| Food | $ 710.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 8.97 |
| Medical and dental expenses | $ 200.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|   Homeowner's or renter's | $ |
|   Life | $ |
|   Health | $ |
|   Auto | $ 154.00 |
|   Other | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|   Auto | $ 481.00 |
|   Other **HOA Dues** | $ 90.00 |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other **See Schedule Attached** | $ 699.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ **4,625.97** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 5,155.97 |
| B. Total projected monthly expenses | $ 4,625.97 |
| C. Excess income (A minus B) | $ 530.00 |
| D. Total amount to be paid into plan each **Monthly** | $ 530.00 |
| (interval) | |

**AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Henderson, Joseph B. & Lynn, Casey E.**                                      Case No. **05-49326**
                              Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)
| | |
|---|---:|
| **Day Care (Incl: After School And Lunches)** | **25.00** |
| **Prescription Medication Joseph (# After 30% Covered By Ins.)** | **163.00** |
| **Prescription Medication Casey (# After 30% Covered By Ins.)** | **78.00** |
| **Prescription Medication Taylor (# After 30% Covered By Ins.)** | **273.00** |
| **Perscription Medication Debtor (# After 30% Covered By Ins.)** | **110.00** |
| **Necessary But Unexpected Household Expenses** | **50.00** |